101 Ill. App.2d 475 (1968)
243 N.E.2d 433
Rolf Forsberg, Plaintiff-Appellee,
v.
Meyer Braiterman, Four Wheels, Inc., a Corporation, and or Z Frank, Inc., an Illinois Corporation, Defendants-Appellants.
Gen. No. 52,241.
Illinois Appellate Court  First District.
October 31, 1968.
Andrew J. Farrell, of Chicago, for appellants.
Carmen V. Speranza, of Chicago, for appellee.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE ABRAHAMSON.
Reversed.
Not to be published in full.